# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ESKER MARTIN, III                                                                                        PLAINTIFF

v.                                              4:20CV01244-SWW-JTK

RAVER BROWNING                                                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Plaintiff's Complaint against Defendant is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2.  Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.  The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of January, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE